USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-17-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAOXING COUNTY ZDAIX
INTERNATIONAL TRADE CO., LTD.,

          Plaintiff,

-against-

FINE WEAR FASHIONS, INC.,

          Defendant.

14-cv-3582 (ALC)

ORDER

---

**ANDREW L. CARTER, JR., United States District Judge:**

    he parties should submit a joint status report by March 25, 2020.

**SO ORDERED.**

Dated: March 17, 2020
       New York, New York

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**