USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
SHAOXING COUNTY ZDAIC INT'L            :
TRADE CO., LTD.,                                         :
                                                                          :     1:14-cv-3582 (ALC)
          **Plaintiff,**                                  :
                                                                          :
       **-against-**                                      :     **ORDER**
                                                                          :
FINE WEAR FASHIONS, INC.,                      :
                                                                          :
          **Defendant.**                                 :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On March 17, 2020 the Court ordered the parties to submit a joint status report by March 25, 2020. To date, the parties have not responded. The parties are hereby ordered to submit a joint status report by June 8, 2020.

**SO ORDERED.**

**Dated:**   June 3, 2020

      **New York, New York**                                            **ANDREW L. CARTER, JR.**
                                                                              **United States District Judge**